## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **vs.** | : | |
| | : | |
| **IBRAHEM JOHNSON** | : | **25-368** |

## O R D E R

**AND NOW**, on this 1st day of April, 2026, upon consideration of Defendant's Motion to Sever (ECF No. 33), all corresponding briefing, and oral argument thereon, it is hereby **ORDERED** that Defendant's Motion is **DENIED** for the reasons set forth in a forthcoming Memorandum.

BY THE COURT

MARY KAY COSTELLO
United States District Judge